

EXHIBIT 1



| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

November 6, 2018

ALLEGHENY TECHNOLOGIES, INCORPORATED
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 18-CI-00239

COURT:  Circuit Court Clerk
        Marion County
        121 N. Spalding Ave.
        Lebanon, KY 40033
        Phone: (270) 692-2681

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

  (1) **Your attorney, or**
  (2) **The attorney filing this suit whose name should appear on the last page of the complaint, or**
  (3) **The court or administrative agency in which the suit is filed at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-105  Doc. Code: CI | **CIVIL SUMMONS** | Case No. 18-CI-00239 |
|---|---|---|
| Rev. 1-07  Page 1 of 1  Commonwealth of Kentucky  Court of Justice   www.courts.ky.gov  CR 4.02; CR Official Form 1 | | Court ☑ Circuit ☐ District  County  Marion |

**PLAINTIFF**

as Administratrix of the Estate of Joshua Randall Cochran and
as Guardian of ▊▊▊▊▊▊▊▊▊▊

**RECEIVED**
NOV 0 1 2018
SECRETARY OF STATE

VS.

ALLEGHENY TECHNOLOGIES, INCORPORATED

**DEFENDANT**

A TRUE COPY
ATTEST: KIM T. MAY, CLERK
BY _____RT_____ D.C.

**Service of Process Agent for Defendant:**

THE CORPORATION TRUST COMPANY

CORPORATION TRUST CENTER

1209 ORANGE STREET

WILMINGTON, DE   19801

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____10-23, 2013____    Kim T. May _____ Clerk
By: RT _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

**EXHIBIT 1**

COMMONWEALTH OF KENTUCKY
ELEVENTH JUDICIAL CIRCUIT
MARION CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 2018-CI-00239

TATEM TUNGATE, as Administratrix of the Estate　　　　　　　　　PLAINTIFFS
of Joshua Randall Cochran

and

TATEM TUNGATE, as Guardian of ▮▮▮▮▮▮▮▮▮▮▮▮

v.　　　　　　　　　　　　　　　　**COMPLAINT**

ALLEGHENY TECHNOLOGIES, INCORPORATED　　　　　　　　　　DEFENDANT
　Serve:　The Corporation Trust Company
　　　　　Corporation Trust Center
　　　　　1209 Orange Street
　　　　　Wilmington, DE  19801

A TRUE COPY
ATTEST: KIM T. MAY, CLERK
BY ▮▮▮ _____ D.C.

* * * * * * * * * *

Come Plaintiffs, by counsel, and for their cause of action state:

(1)　Plaintiff, Tatem Tungate, was appointed as Administratrix of the Estate of Joshua Randall Cochran pursuant to an Order entered January 8, 2018 in Taylor District Court Case No. 2017-P-0215.

(2)　The said Joshua Randall Cochran died intestate as a citizen and resident of Campbellsville, Taylor County, Kentucky on October 24, 2017.

(3)　Plaintiff, ▮▮▮▮▮▮▮▮▮▮▮▮ is the minor child of the said Joshua Randall Cochran.

1

EXHIBIT 1

(4) Plaintiff, Tatem Tungate, was appointed as Guardian for the said ▇▇▇▇ ▇▇▇▇ pursuant to an Order entered on March 21, 2018 in Taylor District Court Case No. 2018-P-74.

(5) Defendant, Allegheny Technologies, Incorporated, is a foreign corporation with a principal office located at 1006 Six PPG Place, Pittsburgh, PA 15222-5479.

(6) On or about October 24, 2017 Defendant owned and/or operated a facility known as ATI Portland Forge located at 400 Corporate Drive, Lebanon, Marion County, Kentucky.

(7) On or about October 24, 2017 Joshua Randall Cochran was employed by Defendant at its' facility located in Lebanon, Marion County, Kentucky.

(8) As a result of the employer/employee relationship Defendant owed the said Joshua Randall Cochran a special duty to exercise reasonable care to prevent harm or forseeable injury to him.

(9) On or about October 24, 2017 Joshua Randall Cochran was working second shift at Defendant's facility when he exhibited signs of impairment that resulted in Defendant's agents, servants or employees ending Joshua Randall Cochran's work shift and sending him home.

(10) Defendant's agents, servants or employees violated their duty of care by negligently failed to supervise Joshua Randall Cochran and by allowing, directing or forcing him to leave the premises and operate a motor vehicle while impaired.

(11) On or about October 24, 2017, immediately upon leaving Defendant's facility, Defendant was operating a motor vehicle while impaired in Taylor County, Kentucky which left the roadway resulting in an accident.

EXHIBIT 1

(12)    As a direct and proximate result of Defendant's negligence and violation of its' duty of care Joshua Randall Cochran sustained injuries in the accident which caused or contributed to his death; the said Joshua Randall Cochran incurred physical and mental pain and suffering prior to his death; that his power to labor and earn money was permanently destroyed; that medical expenses, funeral expenses and costs to administer his estate were incurred all of which exceed the minimum jurisdictional limit of this Court.

(13)    As a direct and proximate result of Defendant's negligence Plaintiff, ▓▓▓▓ ▓▓▓▓▓▓▓▓, will be denied the right to the services, assistance, consortium, love and affection of her father, Joshua Randall Cochran, which damages exceed the minimum jurisdictional limit of this Court.

(14)    The conduct of Defendant was so grossly negligent that it should be subjected to exemplary and/or punitive damages, which exceed the minimum jurisdictional limit of this Court.

WHEREFORE, Plaintiffs demand:

(a)    Judgment against Defendant for the damages alleged hereinabove, which exceed the minimum jurisdictional limit of this Court;

(b)    A trial by jury, and;

(c)    All other proper relief to which they may be entitled.

*[signature]*
JAMES L. AVRITT, JR.
P.O. Box 671
Lebanon, KY 40033
Phone (270) 692-4270/9530
Counsel for Plaintiffs

3

EXHIBIT 1