UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-cv-00799-CHB

*Electronically Filed*

TATEM TUNGATE, as ADMINISTRATRIX of the ESTATE
of JOSHUA RANDALL COCHRAN and as
GUARDIAN of R.S., a minor                                                         PLAINTIFF

v.                                    **AGREED ORDER**

ALLEGHENY TECHNOLOGIES INCORPORATED                            DEFENDANT

\* \* \* \*

Plaintiff Tatem Tungate, as Administratrix of the Estate of Joshua Randall Cochran and as Guardian of R.S., a minor ("Plaintiff"), and Defendant Allegheny Technologies Incorporated, having agreed that the proper party defendant to the claims alleged by Plaintiff is TDY Industries, LLC and not the above-named Defendant, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

1. That TDY Industries, LLC, be, and is SUBSTITUTED as a party defendant herein for all purposes, in place of the defendant, Allegheny Technologies Incorporated;

2. That the defendant, Allegheny Technologies Incorporated, be, and is DISMISSED as a defendant herein without prejudice; and

3. That the caption of this action be amended to reflect this substitution.

This ____ day of _____ 2018.

_____
JUDGE
UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED TO:

/s/James L. Avritt, Jr.
James L. Avritt, Jr.
Avritt & Avritt
P.O. Box 671
Lebanon, KY 40033
judgejla@yahoo.com
avritt@windstream.net
COUNSEL FOR PLAINTIFF


/s/ Palmer G. Vance II
Palmer G. Vance II
Gene.Vance@skofirm.com
Lindsey L. Howard
Lindsey.Howard@skofirm.com
COUNSEL FOR DEFENDANT,
ALLEGHENY TECHNOLOGIES
INCORPORATED
AND
TDY INDUSTRIES, LLC