UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TATEM TUNGATE, et al., | ) |
| Plaintiffs, | ) Civil Action No. 3:18-CV-799-CHB |
| v. | ) |
| ALLEGHENY TECHNOLOGIES INCORPORATED, | ) **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Counsel for the plaintiff was ordered on July 16, 2019, to file a Status Report within fourteen (14) days detailing the present status of this matter [R. 11]. Counsel was warned that if no Status Report were filed within fourteen (14) days, the matter would be dismissed without prejudice for failure to prosecute. No report having been filed,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** without prejudice for failure to prosecute.

This the 1st day of August, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record